PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Stephen Sze-Kit MA |
| **Docket Number:** | 2:05CR00508-01 |
| **Offender Address:** | Elk Grove, California |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 08/20/2003 |
| **Original Offense:** | 18 USC 1343 - Wire Fraud (CLASS D FELONY) |
| **Original Sentence:** | 18 months prison;  2 years supervised release;  $100 special assessment; $39,717.68 restitution |
| **Special Conditions:** | Financial disclosure;  Credit/debt restrictions;  Not to re-enter the United States if deported;  Gambling restriction and counseling |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 04/07/2004 |
| **Assistant U.S. Attorney:** | Not assigned in ED/CA   **Telephone:**  (916) 554-2700 |
| **Defense Attorney:** | Penny R. Beardslee   **Telephone:**  (916) 961-4150<br>(Appointed) |

**Other Court Action:**

| | |
|---|---|
| <u>09/21/2004:</u> | Jurisdiction transferred from the Eastern District of Michigan to the Northern District of California |
| <u>11/28/2005:</u> | Jurisdiction transferred from the Northern District of California to the Eastern District of California |

RE:     **Stephen Sze-Kit MA**
        **Docket Number:   2:05CR00508-01**
        <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

---

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.     INCOMPLETE PAYMENT OF RESTITUTION**

**Details of alleged non-compliance:**  Mr. Ma's case was recently transferred to our district, and his term of supervised release is scheduled to expire on April 6, 2006. He has paid his special assessment in full, but his restitution balance is $39,582.68. Mr. Ma has been unable to work due to a myriad of physical health problems, and his family provides for his needs. He has made fairly consistent $5 to $10 per month restitution payments since his release.

Even if Mr. Ma were healthy enough to work, he is unable to do so due to his legal status in this country. He has not been deported only because there is no current deportation agreement between the United States and Hong Kong.

**United States Probation Officer Plan/Justification:**  Since Mr. Ma has not had the ability to pay a significant amount of restitution and has complied with all of the other terms and conditions of supervised release, it is respectfully recommended the Court take no formal action in the case and allow supervised release to expire as scheduled.

Pursuant to 18 USC 3613, the liability to pay restitution terminates the latter of 20 years from the entry of judgment or 20 years after release from imprisonment, or upon the death of the individual. The offender's term of supervised release commenced on April 7, 2004, thus restitution can be collected until the year 2024.

RE: **Stephen Sze-Kit MA**
**Docket Number:   2:05CR00508-01**
**REPORT OF OFFENDER NON-COMPLIANCE**

If the Court approves this plan, Mr. Ma will be instructed to make $10 monthly payments to the United States District Clerk's Office in our district after supervised release expires, with monitoring and enforcement by the United States Attorney's Office, Financial Litigation Unit.

Respectfully submitted,

**RICHARD W. ELKINS**
**United States Probation Officer**
Telephone:  (916) 683-3324

**DATED:**   March 7, 2006
Elk Grove, California
RWE:kms

**REVIEWED BY:**
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

(X)   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

Date:  March 8, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**RE:    Stephen Sze-Kit MA**
**       Docket Number:   2:05CR00508-01**
**       <u>REPORT OF OFFENDER NON-COMPLIANCE</u>**


cc:    United States Probation
       United States Attorney's Office
       Federal Defender's Office
       United States District Clerk's Office
       United States Attorney's Office Financial Litigation Unit

Attachment:  Presentence Report